# EXHIBIT A

M.A. Ford Mfg. Co., Inc.
c/o Cyberscout
1 Keystone Ave., Unit 700
Cherry Hill, NJ 08003
DB08346B  1-1





|||ıll|ıl|ılı|ıl||ıı||ı||ı||ılıı||ı|•|ıl||ıııı||ılıı|||||ılı

May ▮, 2024

Dear � ▮▮▮▮▮▮,

M.A. Ford Manufacturing Company, Inc. writes to notify you of an incident that may impact the privacy of certain information provided to us. We take this incident very seriously and are providing you information about the incident, our response, and steps you can take to protect your information.

On December 14, 2023, we discovered unusual activity on our network. We immediately began an investigation, which included working with third-party specialists. Our investigation determined an unknown party accessed portions of our network between December 12, 2023 and December 14, 2023. Therefore, we conducted a review of our network to determine the type of information contained therein and to whom the information related.

On May 16, 2024, we completed our review and began locating address information for individuals. The type of information identified in our review included your name and the following: ▮▮▮▮▮▮▮▮▮.

In response to this incident, we conducted an investigation, reviewed our policies and procedures related to data protection, and notified law enforcement. Additionally, in an abundance of caution, we are providing you access to credit monitoring and identity protection services at no cost to you.

We encourage you to enroll in the credit monitoring and identity protection services we are making available to you. Instructions about how to enroll in these services and additional resources available to you are included in the enclosed *Steps You Can Take to Protect Your Information*. We also encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your credit reports/account statements for suspicious activity and to detect errors.

We understand you may have questions about this incident. You may contact us at 1-833-566-8531, Monday – Friday from 8:00 am to 8:00 pm ET, excluding holidays, or write to us at 7737 Northwest Blvd., Davenport, IA 52806.

We sincerely regret any concern this incident may cause you. The privacy of information is important to us, and we will continue to take steps to protect information in our care.

Sincerely,

M.A. Ford Manufacturing Company, Inc.

## STEPS YOU CAN TAKE TO PROTECT YOUR INFORMATION

**Enroll in Credit Monitoring / Identity Protection**

In response to the incident, we are providing you with access to Single Bureau Credit Monitoring/Single Bureau Credit Report/Single Bureau Credit Score services at no charge. These services provide you with alerts for twelve (12) months from the date of enrollment when changes occur to your credit file.  This notification is sent to you the same day that the change or update takes place with the bureau. Finally, we are providing you with proactive fraud assistance to help with any questions that you might have or in event that you become a victim of fraud. These services will be provided by Cyberscout, a TransUnion company.

To enroll in Credit Monitoring services at no charge, please log on to **https://bfs.cyberscout.com/activate** and follow the instructions provided. When prompted please provide the following unique code to receive services:

In order for you to receive the monitoring services described above, you must enroll within 90 days from the date of this letter.  The enrollment requires an internet connection and e-mail account and may not be available to minors under the age of 18 years of age.  Please note that when signing up for monitoring services, you may be asked to verify personal information for your own protection to confirm your identity.

**Monitor Your Accounts**

Under U.S. law, you are entitled to one free credit report annually from each of the three major credit reporting bureaus, TransUnion, Experian, and Equifax. To order your free credit report, visit www.annualcreditreport.com or call 1-877-322-8228. Once you receive your credit report, review it for discrepancies and identify any accounts you did not open or inquiries from creditors that you did not authorize. If you have questions or notice incorrect information, contact the credit reporting bureau.

You have the right to place an initial or extended "fraud alert" on a credit file at no cost. An initial fraud alert is a one-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert lasting seven years. Should you wish to place a fraud alert, please contact any of the three credit reporting bureaus listed below.

As an alternative to a fraud alert, you have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the credit report without your express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a credit freeze may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report. To request a credit freeze, you will need to provide the following information:

1. Full name (including middle initial as well as Jr., Sr., III, etc.);
2. Social Security number;
3. Date of birth;
4. Address for the prior two to five years;
5. Proof of current address, such as a current utility or telephone bill;
6. A legible photocopy of a government-issued identification card (e.g., state driver's license or identification card); and
7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft, if you are a victim of identity theft.

Should you wish to place a fraud alert or credit freeze, please contact the three major credit reporting bureaus listed below:

| TransUnion | Experian | Equifax |
|---|---|---|
| 1-800-680-7289 | 1-888-397-3742 | 1-888-298-0045 |
| www.transunion.com | www.experian.com | www.equifax.com |
| **TransUnion Fraud Alert** | **Experian Fraud Alert** | **Equifax Fraud Alert** |
| P.O. Box 2000 | P.O. Box 9554 | P.O. Box 105069 |
| Chester, PA 19016-2000 | Allen, TX 75013 | Atlanta, GA 30348-5069 |
| **TransUnion Credit Freeze** | **Experian Credit Freeze** | **Equifax Credit Freeze** |
| P.O. Box 160 | P.O. Box 9554 | P.O. Box 105788 |
| Woodlyn, PA 19094 | Allen, TX 75013 | Atlanta, GA 30348-5788 |

**Additional Information**

You can further educate yourself regarding identity theft, fraud alerts, credit freezes, and the steps you can take to protect your personal information by contacting the credit reporting bureaus, the Federal Trade Commission (FTC), or your state Attorney General. The FTC also encourages those who discover that their information has been misused to file a complaint with them. The FTC may be reached at 600 Pennsylvania Ave. NW, Washington, D.C. 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261.

You have the right to file a police report if you ever experience identity theft or fraud. Please note that in order to file a report with law enforcement for identity theft, you will likely need to provide some proof that you have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement, your state Attorney General, and the FTC. This notice has not been delayed by law enforcement.

*For Maryland residents*, the Maryland Attorney General may be contacted at 200 St. Paul Place, 16th Floor, Baltimore, MD 21202; 1-410-528-8662 or 1-888-743-0023; and www.marylandattorneygeneral.gov. M.A. Ford Mfg. Co., Inc. may be contacted at 7737 Northwest Blvd., Davenport, IA 52806.

*For New York residents*, the New York Attorney General may be contacted at Office of the Attorney General, The Capitol, Albany, NY 12224-0341; 1-800-771-7755; or https://ag.ny.gov.

*For North Carolina residents*, the North Carolina Attorney General may be contacted at 9001 Mail Service Center, Raleigh, NC 27699-9001; 1-877-566-7226 or 1-919-716-6000; and www.ncdoj.gov.