# EXHIBIT B

**Notice of Data Incident**
**May 30, 2024**

On December 14, 2023, we discovered unusual activity on our network. We immediately began an investigation, which included working with third-party specialists. The investigation determined an unknown party accessed portions of our network between December 12, 2023 and December 14, 2023. Therefore, we conducted a review of our network to determine the type of information contained therein and to whom the information related. On May 16, 2024, we completed our review. The type of information identified in our review included the following: Social Security number, date of birth, driver's license or state issued ID number, passport number, U.S. Alien registration number, military ID number, account number, routing number, financial institution name, medical information, and health insurance information.

In response to this incident, we notified law enforcement and reviewed our policies and procedures. We are also providing individuals access to credit monitoring and identity protection services as an added precaution. If you have questions about this incident or would like to enroll in the credit monitoring and identity protection services, please call 1-833-566-8531 from 8:00 am to 8:00 pm ET, Monday through Friday, excluding holidays. You may also write to us at 7737 Northwest Blvd., Davenport, IA 52806.

In general, we encourage individuals to remain vigilant against incidents of identity theft and fraud by reviewing credit reports/account statements and explanation of benefits forms for suspicious activity and to detect errors. Under U.S. law, individuals are entitled to one free credit report annually from each of the three major credit reporting bureaus, TransUnion, Experian, and Equifax. To order your free credit report, visit www.annualcreditreport.com or call 1-877-322-8228.

Individuals have the right to place an initial or extended fraud alert on a credit file at no cost. If individuals are a victim of identity theft, they are entitled to an extended fraud alert lasting seven years. As an alternative to a fraud alert, they have the right to place a credit freeze on a credit report. The credit freeze is designed to prevent credit, loans, and services from being approved without consent. Pursuant to federal law, individuals cannot be charged to place or lift a credit freeze on your credit report.

Should you wish to place a fraud alert or credit freeze, please contact the three major credit reporting bureaus listed below:

| **TransUnion** | **Experian** | **Equifax** |
|---|---|---|
| 1-800-680-7289 | 1-888-397-3742 | 1-888-298-0045 |
| www.transunion.com | www.experian.com | www.equifax.com |

You can further educate yourself regarding identity theft, fraud alerts, credit freezes and the steps you can take to protect your personal information by contacting the credit reporting bureaus, the Federal Trade Commission (FTC), or your state Attorney General. The FTC also encourages those who discover that their information has been misused to file a complaint with them. The FTC may be reached at 600 Pennsylvania Ave. NW, Washington, D.C. 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261. Instances of known or suspected identity theft should also be reported to law enforcement, your state Attorney General, and the FTC.