# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| KEVIN HAYS, individually and on behalf of all others similar situated,<br><br>Plaintiffs,<br><br>vs.<br><br>M.A. FORD MANUFACTURING COMPANY,<br><br>Defendant. | Case No. 3:24-cv-00057<br><br>**APPEARANCE** |

COMES NOW attorney Rubina S. Khaleel of the law firm Hennessy & Roach, P.C., and Rubina S. Khaleel, and hereby enters her Appearance as Counsel for the Defendant, M.A. Ford Manufacturing Company, in the above-captioned matter.

DATED:  August 2, 2024

M.A. FORD MANUFACTURING COMPANY, Defendant.

By: _____
Rubina S. Khaleel #AT0010806
Hennessy & Roach, P.C.
14301 FNB Pkwy, Suite 308
Omaha, NE 68154
Telephone: 402-933-8851
Fax: 402-933-9379
Email: rkhaleel@hennessyroach.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 2, 2024, the foregoing document was filed electronically with the Clerk of the Court using PACER, which sent notification of such filing to the following:

J. Barton Goplerud
Brian O. Marty
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Lynn A. Toops
Amina A. Thomas
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

J. Gerard Stranch, IV
Andrew E. Mize
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel J. Strauss
Raina C. Borrelli
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

_/s/ Amina A. Thomas_