# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| TIMOTHY HARTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>M.A. FRD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation | Case No.: 3:24-cv-00056-SMR-SBJ<br><br>**BRIEF IN SUPPORT OF UNOPPOSSED MOTION TO CONSOLIDATE AND STAY CASE DEADLINES** |
| KEVIN HAYS, individually and on behalf of all others similarly situated,<br><br>v.<br><br>M.A. FORD MANUFACTURING COMPANY, INC. | Case No.: 3:24-cv-00057-SMR-SBJ<br><br>**BRIEF IN SUPPORT OF UNOPPOSSED MOTION TO CONSOLIDATE AND STAY CASE DEADLINES** |

    Defendant, M.A. Ford Manufacturing Company, Inc., ("M.A. Ford"), relies on the facts and arguments set forth in its Unopposed Motion to Consolidate and Stay Case Deadlines. Dated: September 4, 2024.

                                                Respectfully Submitted,

                                                */s/ Rubina S. Khaleel*
                                              Rubina S. Khaleel # AT0010806
                                              Hennessy & Roach, P.C.
                                              14301 FNB Pkwy, Suite 308
                                              Omaha, NE  68154
                                              Telephone: 402-933-8851
                                              Fax:  402-933-9379
                                              Email: rkhaleel@hennessyroach.com

and

Jill H. Fertel* *pro hac vice forthcoming*
Jonathan D. Tobin* *pro hac vice forthcoming*
**CIPRIANI & WERNER PC**
450 Sentry Parkway, Suite 200
Blue Bell, Pennsylvania 19422
Telephone: (610) 567-0700
jfertel@c-wlaw.com
jtobin@c-wlaw.com

*Attorneys for Defendant*